UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARIO ALDA and SHEILA ALDA,<br><br>  Plaintiffs,<br><br>  v.<br><br>SBMC MORTGAGE, et al.,<br><br>  Defendants. | Case No.: C 11-00678 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On February 22, 2011, Defendants GMAC Mortgage, LLC ("GMAC") and Mortgage Electronic Registrate Systems, Inc. ("MERS") filed a motion to dismiss this action. As a result, GMAC, MERS, and Plaintiffs were required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than March 1, 2011. *See* Civ. L.R. 73-1(a)(2). None of those parties has either consented or requested reassignment. Therefore,

IT IS HEREBY ORDERED that no later than March 6, 2011, GMAC, MERS, and Plaintiffs shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's

1  website at www.cand.uscourts.gov.

2  Dated: March 2, 2011

3  _____
   PAUL S. GREWAL
4  United States Magistrate Judge

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Dario Alda
3318 Cerrito Court
San Jose, CA 95148

Shelia Alda
3318 Cerrito Court
San Jose, CA 95148

Dated: March 2, 2011

                                                           */s/ Chambers Staff*
                                                           Chambers of U.S. Magistrate Judge Paul S. Grewal