**E-filed 5-2-11**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DARIO ALDA, an individual; SHEILA ALDA, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SBMC MORTGAGE, a California General Partnership; T.S. SERVICE CO., a California Corporation; GMAC MORTGAGE, LLC, a Delaware Limited Liability Company; EX PRO FUNDING MORTGAGE, a Business Entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; and DOES 1 through 50, inclusive.<br><br>　　　　　　　　Defendants. | Case Number 11-CV-0678-JF (PSG)<br><br>ORDER[1] GRANTING MOTIONS TO DISMISS WITH LEAVE TO AMEND<br><br>[Re: Docket Nos. 15 & 19] |

　　　　Defendants GMAC Mortgage and SBMC Mortgage move to dismiss all claims for relief in Plaintiffs' complaint. Plaintiffs allege violations of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.*, the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 *et seq.*, and related state law claims. The Court concludes that this motion is appropriate for determination without

---

[1] 　　This disposition is not designated for publication in the official reports.

1  oral argument and will vacate the hearing date of May 6, 2011.  *See* Civ. L.R. 7-1(b).

2        Under this Court's Civil Local Rules, Plaintiffs' opposition was due at least twenty-one
3  days before the noticed hearing date of May 6, 2011–here, not later than April 15, 2011.  *See* Civ.
4  L.R.  7-3(a).  As of the date of this order, Plaintiffs have not filed opposition papers.

5        Because the instant motion appears well-taken and is unopposed, the motion to dismiss
6  will be granted with leave to amend.  Any amended pleading shall be filed within twenty (20)
7  days after the date of this order.

**ORDER**

For good cause shown,

(1) the motion to dismiss is GRANTED, WITH LEAVE TO AMEND;

(2) any amended pleading shall be filed within twenty (20) days after the date of this order;

(3) the hearing date of May 6, 2011 is VACATED.

IT IS SO ORDERED

DATED:  May 2, 2011

JEREMY FOGEL
United States District Judge

2

Case No. 11-cv-0678-JF (PSG)
ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND
(JFEX2)